

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00020-CV

IN THE MATTER OF THE MARRIAGE OF SANDRA E. FOUNTAIN
AND SAMUEL B. FOUNTAIN

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. FM20134

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Samuel B. Fountain filed a timely notice of appeal on March 13, 2024. The clerk's record was filed on April 9, 2024. The original deadline for Fountain's appellate brief was May 9, 2024. When neither a brief nor a motion to extend time for filing same was received by May 24, 2024, this Court advised Fountain by letter that his brief was late. We also extended the deadline for filing the brief to June 10, 2024. We warned Fountain that the failure to file a brief by June 10, 2024, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Fountain did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of May 24, 2024, Fountain's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Jeff Rambin
Justice

Date Submitted:     July 1, 2024
Date Decided:       July 2, 2024